| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  AUSA NAME<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone: (916) 554-2700 | **FILED**<br>JUL 29 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>    DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>3139 ORO BANGOR HIGHWAY<br>OROVILLE, CALIFORNIA | ) S.W. NO. 2:11-0306 DAD<br>)<br>) ORDER RE: REQUEST TO UNSEAL<br>) SEARCH WARRANT AND SEARCH<br>) WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 29, 2011

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1